UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

H.E. MOSELEY, et al.,

Defendants.

No. 2:25-cv-3223 WBS AC P

ORDER

    Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 13, 2025, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 4. Plaintiff has filed objections to the findings and recommendations. ECF No. 5.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations (ECF No. 4) are ADOPTED in full;

3  2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED; and

4  3. Plaintiff is ordered to pay the entire $405.00 in required fees within thirty days or face

5  dismissal of the case.

6  Dated:  December 10, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2