UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Plaintiff,

v.

H.E. MOSELEY, et al.,

Defendants.

No.  2:25-cv-3223 WBS AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed multiple motions for the undersigned to reconsider the November 13, 2025 findings and recommendations (ECF No. 4) which recommended denying his application to proceed in forma pauperis.  ECF Nos. 7, 11, 16. However, the findings and recommendations at ECF No. 4 have already been adopted by the assigned district judge.  ECF No. 13.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for reconsideration (ECF Nos. 7, 11, 16) are DENIED as moot.

DATED: February 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE