UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

        Plaintiff,

    v.

H.E. MOSELEY, et al.,

        Defendants.

No. 2:25-cv-3223 WBS AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed multiple motions to reconsider the November 13, 2025 findings and recommendations which recommended denial of his application to proceed in forma pauperis and were adopted on December 11, 2025. ECF Nos. 8, 10, 15. He has also filed several notices claiming imminent danger of serious physical harm and seeks to re-open various other actions under Federal Rule of Civil Procedure 60. ECF Nos. 14, 17, 18.

Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and . . . why the facts or circumstances were not shown at the time of the prior motion." L.R. 230(j)(3)-(4). Plaintiff's motions for reconsideration and other supplemental filings merely rehash the allegations of the complaint and do not present any new or different facts or circumstances that would demonstrate that he was facing a plausible, imminent danger of serious physical injury at the time he filed the complaint.

1

To the extent plaintiff seeks to re-open other cases previously dismissed by this court, a Rule 60 motion in this action is not the proper procedure for doing so and the motion will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motions for reconsideration (ECF Nos. 8, 10, 15) are DENIED and plaintiff must pay the filing fee in full or face dismissal of this case.

2.  Plaintiff's motion for relief from judgement in other cases (ECF No. 14) is DENIED.

Dated:  February 11, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2